# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                       No. CR 24-1493 MLG

THERESA ATENCIO,

    Defendant.

## TRIAL NOTICE

Please take notice that the above-entitled action is hereby set for Pretrial Conference on January 2, 2025 at 1:30 p.m. and Jury Selection/Trial is set on a trailing docket beginning January 13, 2025 at 9:00 a.m. before Judge Matthew L. Garcia at the United States Courthouse, 333 Lomas Blvd., N.W., Gila Courtroom, 5th Floor in Albuquerque, New Mexico.

Counsel shall adhere to the Court's instructions and case management deadlines as set forth in the following attachment, "Pretrial Deadlines and Procedures for Criminal Cases before The Honorable Matthew L. Garcia."

                                                    /s/
                                          MITCHELL R. ELFERS
                                          Clerk of Court

For Inquiries regarding this notice please call Courtroom Deputy to Judge Garcia at 505-348-2383.