IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
|    Plaintiff, § | |
| § | |
| vs. § | CAUSE NO. 1: 24-CR-1493-MLG |
| § | |
| THERESA ATENCIO, § | |
|    Defendant. § | |

### UNOPPOSED MOTION TO CONTINUE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Comes now Defendant Theresa Atencio, and files this, her Motion for Continuance and respectfully shows the Court as follows:

On November 19, 2024, the Grand Jury returned its Indictment, charging Defendant with Conspiracy, Attempt to Provide a Prohibited Object to an Inmate of a Prison; Aiding and Abetting, Attempt by an Inmate of a Prison to Obtain a Prohibited Object; Aiding and Abetting. ECF No. 45.

Defendant is currently scheduled for a sentencing hearing on September 23, 2025, at 9:30 a.m. However, Counsel for Defendant respectfully requests a one-day continuance of this hearing. The current sentencing date marks the anniversary of the murder of Ms. Atencio's son, a profoundly personal and emotional day for her and her family.

Out of respect for this significant and painful anniversary, and to allow Ms. Atencio to be fully prepared for sentencing, the defense respectfully requests a one-day continuance, or to another date that is convenient for the Court and the parties.

Assistant United States Attorney David Hirsch represents that he is unopposed to this request. However, he respectfully requests that the sentencing hearing be continued by one to two days, as he is scheduled to be in trial the following week.

1

This request is not made for purposes of delay, but in the interest of justice and compassion.

Wherefore, premises considered, Defendant respectfully requests that the Court grant the instant motion and continue the sentencing hearing. Defendant also prays for all other relief to which he is entitled, in both equity and law.

Respectfully submitted,

Valenzuela Law Firm
701 Magoffin Avenue
El Paso, Texas 79901
(915) 209-2719
(915) 493-2404 fax

By:     /s/ Felix Valenzuela
        State Bar No. 24076745
        felix@valenzuela-law.com
        Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 19, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I also emailed a copy of the foregoing to: David.Hirsch@usdoj.gov.

/s/ Felix Valenzuela

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
|    Plaintiff, § | |
| § | |
| vs. § | **CAUSE NO. 1: 24-CR-1493-MLG** |
| § | |
| THERESA ATENCIO, § | |
|    Defendant. § | |

## **ORDER**

On this day, the Court considered Defendant's Unopposed Motion to Continue filed in the above-captioned cause. After due consideration, the Court is of the opinion that the Motion should be granted.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Unopposed Motion to Continue is **GRANTED.**

**IT IS FURTHER ORDERED** that the sentencing hearing in this cause is reset for _____.

**SIGNED** this \_\_\_\_ day of _____, 2025.

_____
**MATTHEW L. GARCIA**
**UNITED STATES DISTRICT JUDGE**

3