# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** § | | |
|     Plaintiff, § | | |
| § | | |
| **vs.** § | **CAUSE NO. 1: 24-CR-1493-JFR** | |
| § | | |
| **THERESA ATENCIO,** § | | |
|     Defendant. § | | |

## ORDER

On this day, the Court considered Defendant's Unopposed Motion to Continue filed in the above-captioned cause. After due consideration, the Court is of the opinion that the Motion should be granted.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Unopposed Motion to Continue is **GRANTED.**

**IT IS FURTHER ORDERED** that the sentencing hearing in this cause is reset for September 25, 2025

**SIGNED** this  20th  day of August 2025.

_____
**JOHN F. ROBBENHAAR**
**UNITED STATES MAGISTRATE JUDGE**